No. 23-1051

*In the*

# United States Court of Appeals
## for the
# District of Columbia Circuit

———————————————

INDEPENDENT POWER PRODUCERS OF NEW YORK, INC.

*Petitioner*,

— v. —

FEDERAL ENERGY REGULATORY COMMISSION,

*Respondent*.

———————————————

**PETITION FOR REVIEW**

———————————————

Pursuant to Section 313 of the Federal Power Act, 16 U.S.C. § 825*l* and Rule 15(a) of the Federal Rules of Appellate Procedure, the Independent Power Producers of New York, Inc. ("Petitioner") hereby petitions the Court for judicial review of the following order issued by Respondent, Federal Energy Regulatory Commission (the "Commission"):

1. *New York Independent System Operator, Inc.*, Order on Remand, Docket No. ER21-502-004, 181 FERC ¶ 61,227 (Dec. 16, 2022) (the "December 16 Order").

Copies of the December 16 Order and the Commission's February 17, 2023, notice of denial of rehearing by operation of law (the "February 17 Notice") are attached hereto as **Exhibit A** and **Exhibit B**, respectively.

1

On January 17, 2023, Petitioner timely filed a request for rehearing of the December 16 Order. Rather than addressing that rehearing request on its merits, the Commission issued the February 17 Notice, which states that Petitioner's rehearing request was denied by operation of law. Ex. B, at 1; *see* 16 U.S.C. § 825*l*. The February 17 Notice also states the Commission's intention to "address[]" the request for rehearing "in a future order." Ex. B, at 1.

The Commission's action is ripe for review notwithstanding its putative intention to take further action at some later, unspecified date. Indeed, the en banc Court confirmed that such orders do not preclude immediate judicial review. *Allegheny Def. Project v. FERC*, 964 F.3d 1, 15 (D.C. Cir. 2020) (en banc) ("Section 717r(a) says in straightforward terms that the Commission's failure to act on a rehearing application within thirty days means that rehearing can be deemed denied and the applicant can obtain judicial review."); *compare* 15 U.S.C. § 717r(a) (Natural Gas Act), *with* 16 U.S.C. § 825*l*(a) (Federal Power Act, with identical language); *see also, e.g.*, *Allegheny Def.*, 964 F.3d at 16 ("Because the Natural Gas Act is modeled substantively after the Federal Power Act, they are interpreted similarly.") (quotation marks omitted, alterations incorporated).

2

In fact, action now is imperative: Following a remand from this Court (*Independent Power Producers of N.Y., Inc. v. FERC*, No. 21-1166, 2022 WL 3210362 (D.C. Cir. Aug. 9, 2022)), the Commission has simply clung to its prior approach, which the Court already rejected as unlawful. Petitioner and its members are experiencing continuous injury by way of improperly calibrated auctions. Given the Agency's recalcitrance, petitioner and its members cannot achieve relief without this Court's further review. Petitioner therefore seeks review now, as it is legally entitled, notwithstanding the Commissions apparent desire to unilaterally extend its period for resolving the petition for rehearing beyond what Congress has prescribed by statute.

Dated: February 23, 2023

Respectfully submitted,

/s/ *Paul W. Hughes*

DAVID B. JOHNSON
  *Read and Laniado, LLP*
  *25 Eagle Street*
  *Albany, NY 12207*
  *(518) 465-9313*

PAUL W. HUGHES
DAVID G. TEWKSBURY
ANDREW A. LYONS-BERG
  *McDermott Will & Emery LLP*
  *500 North Capitol Street NW*
  *Washington, DC 20001*
  *(202) 756-8000*

*Counsel for Independent Power Producers of New York, Inc.*

No. 23-____

*In the*

# United States Court of Appeals
*for the*
# District of Columbia Circuit

───────────────────────────────

INDEPENDENT POWER PRODUCERS OF NEW YORK, INC.

*Petitioner*,

– v. –

FEDERAL ENERGY REGULATORY COMMISSION,

*Respondent.*

───────────────────────────────

**CORPORATE DISCLOSURE STATEMENT**

───────────────────────────────

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and D.C. Circuit Rule 26.1, Petitioner Independent Power Producers of New York, Inc. ("IPPNY") hereby submits the following disclosure statement in the above-captioned case:

IPPNY is a not-for-profit trade association representing companies involved in the development of electric generating facilities, the generation, sale, and marketing of electric power, and the development of natural gas facilities in the State of New York. IPPNY member companies produce a majority of New York's electricity, utilizing almost every generation technology available today, such as wind, solar, natural gas, oil, hydro,

4

biomass, energy storage, waste-to-energy, and nuclear. IPPNY has no parent company, and no publicly traded company owns 10% or more of it. IPPNY is a trade association within the meaning of D.C. Circuit Rule 26.1.

Dated: February 23, 2023

DAVID B. JOHNSON
  *Read and Laniado LLP*
  *25 Eagle Street*
  *Albany, NY 12207*
  *(518) 465-9313*

Respectfully submitted,

/s/ *Paul W. Hughes*

PAUL W. HUGHES
DAVID G. TEWKSBURY
ANDREW A. LYONS-BERG
  *McDermott Will & Emery LLP*
  *500 North Capitol Street NW*
  *Washington, DC 20001*
  *(202) 756-8000*

*Counsel for Independent Power Producers of New York, Inc.*

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. App. P. 15(c), I hereby certify that that on February 23, 2023, I caused the foregoing Petition for Review to be served upon the Office of the Solicitor of the Federal Energy Regulatory Commission, and on all parties to the proceedings before the Commission under Docket Nos. ER21-502-000, ER21-502-001, ER21-502-002, and ER21-502-004 by email and U.S. mail at the addresses listed below:

| | |
|---|---|
| Federal Energy Regulatory Commission | Robert H. Solomon, Solicitor<br>888 First St., NE<br>Washington, DC 20426<br>robert.solomon@ferc.gov |
| Calpine Corporation | Sarah Novosel<br>Calpine Corporation<br>805 15th Street, NW, Suite 708<br>Washington, DC 20005<br>snovosel@calpine.com |
| Central Hudson Gas & Electric Corporation | John Borchert<br>285 South Avenue<br>Poughkeepsie, NY 12601<br>jborchert@cenhud.com |
| City of New York, New York | Amanda De Vito<br>Couch White, LLP<br>540 Broadway, Suite 7<br>Albany, NY 12207<br>adevito@couchwhite.com |
| Consolidated Edison Company of New York, Inc. | Susan LoFrumento<br>Consolidated Edison Company of New York, Inc.<br>4 Irving Place<br>New York, NY 10003<br>lofrumentos@coned.com |

| | |
|---|---|
| Consumer Power Advocates | Sean Ewart<br>Consumer Power Advocates<br>291 North Thompson Street<br>Apt. 222<br>Rotterdam, NY 12306<br>Sean.ewart@luthin.com |
| CPV Valley, LLC | Larry Eisenstat<br>Crowell & Moring LLP<br>1001 Pennsylvania Ave. N.W.<br>Washington, DC 20004<br>leisenstat@crowell.com |
| Electric Power Supply Association | Nancy Bagot<br>Electric Power Supply Association<br>1401 New York Ave. NW<br>Suite 950<br>Washington, DC 20005<br>NancyB@epsa.org |
| GenOn Bowline, LLC | Doreen Saia<br>Greenberg Traurig, LLP<br>540 Broadway<br>Albany, NY 12207<br>saiad@gtlaw.com |
| GenOn Energy Management, LLC | Doreen Saia<br>Greenberg Traurig, LLP<br>540 Broadway<br>Albany, NY 12207<br>saiad@gtlaw.com |
| Helix Ravenswood LLC | Doreen Saia<br>Greenberg Traurig, LLP<br>540 Broadway<br>Albany, NY 12207<br>saiad@gtlaw.com |
| Long Island Power Authority | Paul Ghosh-Roy<br>333 Earle Ovington Boulevard<br>Suite 403<br>Uniondale, NY 11553<br>pghosh-roy@lipower.org |

| Multiple Intervenors | Amanda De Vito<br>Couch White, LLP<br>540 Broadway, Suite 7<br>Albany, NY 12207<br>adevito@couchwhite.com |
|---|---|
| New York Independent System Operator, Inc. | Garrett Bissell<br>New York Independent System Operator, Inc.<br>10 Krey Boulevard<br>Rensselaer, NY 12144<br>gbissell@nyiso.com |
| New York Power Authority | Glenn Haake<br>New York Power Authority<br>30 South Pearl Street<br>Albany, NY 12207<br>Glenn.Haake@nypa.gov |
| New York State Electric & Gas Corporation | Nicholas Cicale<br>Avangrid, Inc.<br>180 Marsh Hill Road<br>Orange, CT 06477<br>nicholas.cicale@uinet.com |
| New York State Public Service Commission | David Drexler<br>New York Public Service Commission<br>Three Empire State Plaza<br>Albany, NY 12210<br>david.drexler@dps.ny.gov |
| New York Transmission Owners | Lyle Larson<br>Balch & Bingham LLP<br>1901 Sixth Ave., North<br>Birmingham, AL 35203<br>llarson@balch.com |
| Niagara Mohawk d/b/a/ National Grid | David Lodemore<br>National Grid USA<br>40 Sylvan Road<br>Waltham, MA 02451<br>david.lodemore@nationalgrid.com |

| NRG Power Marketing LLC | Cortney Slager<br>NRG Companies<br>804 Carnegie Center<br>Princeton, NJ 08540<br>cortney.slager@nrg.com |
|---|---|
| Orange and Rockland Utilities, Inc. | Susan LoFrumento<br>Consolidated Edison Company of New York, Inc.<br>4 Irving Place<br>New York, NY 10003<br>lofrumentos@coned.com |
| Potomac Economics, Ltd. | David Patton<br>Potomac Economics<br>9990 Fairfax Blvd<br>Suite 560<br>Fairfax, VA 22030<br>dpatton@potomaceconomics.com |
| Rochester Gas and Electric Corporation | Nicholas Cicale<br>Avangrid, Inc.<br>180 Marsh Hill Road<br>Orange, CT 06477<br>nicholas.cicale@uinet.com |

Dated: February 23, 2023　　　　　　　　　　　　/s/ *Paul W. Hughes*